**Electronically Filed
Supreme Court
SCPW-13-0005642
13-FEB-2014
08:05 AM**

SCPW-13-0005642

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent,

vs.

DeWITT LONG, Petitioner.

---

ORIGINAL PROCEEDING
(CR. NO. 12-1-1613)

<u>ORDER DENYING WITHOUT PREJUDICE
PETITION FOR WRIT OF HABEAS CORPUS</u>
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of petitioner DeWitt Long's petition for a writ of habeas corpus, filed on November 25, 2013, the documents attached thereto and submitted in support thereof, and the record, it appears that petitioner has alternative means to seek relief and presents no special reason for this court to invoke its jurisdiction at this time. See <u>Oili v. Chang</u>, 57 Haw. 411, 412, 557 P.2d 787, 788 (1976) (the supreme court "will not exercise its original jurisdiction in habeas corpus proceedings when relief is available in a lower court and no special reason exists for invoking its jurisdiction"). Accordingly,

IT IS HEREBY ORDERED that the petition for a writ of habeas corpus is denied without prejudice.

DATED: Honolulu, Hawai'i, February 13, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack